G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Telephone: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
MIA MAZER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISIOIN

| | |
|---|---|
| MIA MAZER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SYNTER RESOURCE GROUP, LLC.;<br>and DOES 1 to 10, inclusive,<br>　　　　Defendants. | Case No.: 2:12-cv-10989-R-PJW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

### VOLUNTARY DISMISSAL WITH PREJUDICE

　　　　Pursuant to FRCP 41(a)(1), Plaintiff MIA MAZER hereby voluntarily dismisses her claims, with prejudice, against Defendants SYNTER RESOURCE GROUP, LLC.; and DOES 1 to 10, inclusive.

　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

DATED:　　　　　　　　　　　　**PRICE LAW GROUP APC**

June 13, 2013

　　　　　　　　　　　　　　　　By: /s/ G. Thomas Martin, III
　　　　　　　　　　　　　　　　G. Thomas Martin, III
　　　　　　　　　　　　　　　　Attorney for Plaintiff